PEOPLE v. CARDILLO et al. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Proceeding by the people of the state of New York against Nicholas Cardillo and Mary Burns. No opinion. Motion granted.

PEOPLE, Respondent, v. COLBURN, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Proceeding by the people of the state of New York against Emerson Colburn. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. DAVEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Proceeding by the people of the state of New York against William H. Davey.

PER CURIAM. Judgment of conviction and order affirmed.

HISCOCK, J., dissents.

PEOPLE, Respondent, v. DONOHUE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Proceeding by the people of the state of New York against Florence Donohue. L. S. Chandler, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE v. FUCARINO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York against Gaetano Fucarino. No opinion. Motion denied.

PEOPLE, Respondent, v. HAND, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Proceeding by the people of the state of New York against Robert Hand. L. S. Chandler, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. KIBBE, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Proceeding by the people of the state of New York against Henry C. Kibbe. L. S. Chandler, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. MINOTT. (Supreme Court, Appellate Division, First Department. May 13, 1904.) Proceeding by the people of the state of New York against Joseph Minott. No opinion. Motion granted.

PEOPLE, Respondent, v. MOONEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Proceeding by the people of the state of New York against Edward L. Mooney.

PER CURIAM. Application for appointment of an extraordinary term denied, for the reason that it appears there is a term of the Supreme Court now in session in the county of Monroe at which the indictment may be moved for trial.

PEOPLE v. NEW YORK BLDG. LOAN CO. In re FINKELSTEIN. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Proceeding by the people of the state of New York against the New York Building Loan Company in the matter of Finkelstein. O. A. Samuels, for appellant. C. W. Dayton, for the People. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE v. PETTIT. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Proceeding by the people of the state of New York against Reginald W. Pettit. No opinion. Defendant's exceptions overruled, motion for new trial denied, and judgment ordered for the plaintiff upon the verdict, with costs.

PEOPLE v. POMPURELLI. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Proceeding by the people of the state of New York against Vincenzo Pompurelli. No opinion. Motion granted.

PEOPLE v. QUINN. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York against Patrick Quinn. No opinion. Motion granted.

PEOPLE v. RESTIANO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Proceeding by the people of the state of New York against Vincenza Restiano. No opinion. Motion denied.

PEOPLE, Appellant, v. SCHWEITZER, Respondent (two cases). SAME v. SOMMER. SAME v. GOSS. SAME v. COHEN. SAME v. HEINEMAN. SAME v. ARRAS. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Proceedings by the people of the state of New York to recover penalties for violations of the game law against Nathan Schweitzer, Harry Schweitzer, William Sommer, Michael Goss, Charles Cohen, Isaac Heineman, and Balthasar Arras. From judgments in each case dismissing the complaint, the people appeal. Affirmed. H. Peck, for the People. L. Marshall, for respondents.

HATCH, J. I vote for the affirmance of the judgments in the above cases solely upon the ground that the decision in People v. Bootman (decided herewith) 88 N. Y. Supp. 887, is decisive of the questions presented, and there remains no room for further debate in this court.

PATTERSON, O'BRIEN, and LAUGHLIN, JJ., concur.

McLAUGHLIN, J. For the reasons stated in my opinion in People v. Bootman (decided herewith) 88 N. Y. Supp. 887, I dissent.